Same case below, 349 Fed. Appx. 121.

Same case below, 334 Fed. Appx. 709.

**No. 09-8644. Larry Joseph, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3458, 177 L. Ed. 2d 1063, 2010 U.S. LEXIS 5116.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 334 Fed. Appx. 715.

**No. 09-8691. Ashley Nehemiah Scaife, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3459, 177 L. Ed. 2d 1063, 2010 U.S. LEXIS 5055.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 333 Fed. Appx. 153.

**No. 09-8706. Jeffrey Coreinn Story, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3459, 177 L. Ed. 2d 1063, 2010 U.S. LEXIS 5107.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 334 Fed. Appx. 710.

**No. 09-8708. Taji Hanif Parker, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3459, 177 L. Ed. 2d 1063, 2010 U.S. LEXIS 5170.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8709. James Earl Thomas, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3459, 177 L. Ed. 2d 1063, 2010 U.S. LEXIS 5023.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 885.

**No. 09-8729. Derrick DeCarlo Parker, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3459, 177 L. Ed. 2d 1063, 2010 U.S. LEXIS 5150.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 334 Fed. Appx. 713.

**No. 09-8730. Clifford Bernard Nelson, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3459, 177 L. Ed. 2d 1063, 2010 U.S. LEXIS 5134.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 349 Fed. Appx. 924.